IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| MIKEAL PRUETT, | CV-21-5-GF-BMM-JTJ |
| Plaintiff, | |
| vs. | ORDER |
| KARI ALSTAD, | |
| Defendant. | |

Pursuant to the Joint Stipulation to Dismiss with Prejudice filed by the parties (Doc. 25),

IT IS ORDERED that the above-entitled cause of action is hereby DISMISSED WITH PREJUDICE.

The Clerk of Court shall terminate all pending motions and close this matter.

DATED this 1st day of March, 2022.

Brian Morris, Chief District Judge
United States District Court

1